# United States Court of Appeals
## For the First Circuit

No. 23-1575

BIOPOINT, INC.,

Plaintiff, Appellee,

v.

ANDREW DICKHAUT; CATAPULT STAFFING, LLC, d/b/a Catapult
Solutions Group,

Defendants, Appellants,

LEAH ATTIS,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on July 30, 2024, is amended as follows:

On page 20, footnote 2, line 1, replace "BioPoint" with "Catapult."

On page 20, footnote 2, line 4, insert ",at least under the head start doctrine," after "determining."

On page 23, delete footnote 5.